```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JENNIFER LINCOLN, et al.      :        CIVIL ACTION
                              :
        v.                    :
                              :
DETECTIVE LEO HANSHAW, et al. :        No. 08-4207
```

## ORDER

AND NOW, this 6th day of May, 2009, upon consideration of defendants' motion for summary judgment (docket entry #13), and the plaintiffs' response thereto, it is hereby ORDERED that:

1. Defendants' motion for summary judgment is GRANTED; and

2. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:


__\s\Stewart Dalzell